Rel: December 19, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2024-0791

Sarita Tyienne Atkins, Attorney at Law v. Alabama State Bar (Appeal from Disciplinary Board of Alabama State Bar: ASB-2021-919).

McCOOL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Wise, Bryan, Sellers, Mendheim, Cook, and Parker, JJ., concur.